THE BANK OF AMERICA, Respondent, v. P. J. TIERNEY SONS, INC., Appellant, and Others, Defendants. (Action No. 2.) — Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Lazansky, P. J., Rich, Young, Hagarty and Scudder, JJ.

JAMES S. BARRON, Respondent, v. SHARE AND DEBENTURE CORPORATION and Others, Defendants. CLARENCE S. DAME, Appellant.— Motion for stay granted upon condition that appellant perfect the appeal for the February term (for which term the case is set down) and be ready for argument when reached; otherwise, motion denied, with ten dollars costs. Present — Lazansky, P. J., Rich, Young, Hagarty and Scudder, JJ.

LOUIS BIRNHAK, Respondent, v. ABRAHAM RUBINSTEIN, Appellant. FANNIE FEINER and Others, Defendants.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Rich, Young, Hagarty and Scudder, JJ.

CHARLES BURSTON, Appellant, v. AINSWORTH CONSTRUCTION CORPORATION and Others, Defendants. JEROME LAKE, Respondent.— Motion to add appeal to the January term calendar granted. Present — Lazansky, P. J., Rich, Young, Hagarty and Scudder, JJ.

RAFAEL CASTRO, Respondent, v. NEW YORK RAILWAYS CORPORATION and D. M. P. OPERATING COMPANY, Appellants.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Rich, Young, Hagarty and Scudder, JJ.

JAMES CONDY, Respondent, v. THE NASSAU ELECTRIC RAILROAD COMPANY, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Rich, Young, Hagarty and Scudder, JJ.

FISH & MARVIN, Respondent, v. LOUIS GARCIA CAAMANO, Otherwise Known as LUIS GARCIA CAAMANO, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Rich, Young, Hagarty and Scudder, JJ.

DELIA GALLOWAY, Respondent, v. THE BROOKLYN CITY RAILROAD COMPANY, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Rich, Young, Hagarty and Scudder, JJ.

LOUIS GREENBERG, Respondent, v. DORA GREENBERG, Appellant.— Motion for stay of trial denied. Present — Lazansky, P. J., Rich, Young, Hagarty and Scudder, JJ.

JULIETTE HARRIS, Respondent, v. HERMAN RAMAN, Appellant. WILLIAM WEISGERBER and LEWIS WEISGERBER, Defendants.— Motion to add appeal to January calendar granted. Present — Lazansky, P. J., Rich, Young, Hagarty and Scudder, JJ.